**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CR 118**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WILSON WILDE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| —————————————————————— | ) | |

This matter is before the Court on the Government's Motion to Dismiss Violation (# 32), in which it requests dismissal of the bond violation alleged in a petition with the Court on December 6, 2017. The Government represents that it is at least plausible that Defendant is truthful in asserting that the positive test he sustained in November could have been the result of residual metabolites rather than the result of re-use while on release.  The Government seeks to have Defendant continued on his terms and conditions of release.  Defense counsel has advised the Government that he does not oppose the instant motion.

In light of the foregoing, the Court ORDERS as follows:

(1)    The Government's Motion to Dismiss Violation (# 32) is GRANTED;

(2)    Defendant shall be continued on his previous and existing terms and conditions of pretrial release; and

(3)    Defendant shall be released forthwith.

Signed: December 22, 2017

Dennis L. Howell
United States Magistrate Judge