# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cr 118

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILSON WILDE. | ) | |
| _____ | ) | |

Before the Court is the Motion for Release Pending Sentencing [# 57] filed by Defendant. The Court has been unsuccessful in obtaining the Government's position on the Motion. Accordingly, the Court will enter the following Order.

The Court **ORDERS** the United States Attorney's Office to file a written response to the Motion [# 57]. The response is due by **5:00 PM, May 10, 2018**.

Signed: May 10, 2018

Dennis L. Howell
United States Magistrate Judge